**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF COLORADO, DENVER DIVISION

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

# Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy   *12/17*

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Mark**<br>First name<br><br>**Sean**<br>Middle name<br><br>**O'Brien**<br>Last name and Suffix (Sr., Jr., II, III) | **Michelle**<br>First name<br><br>**Nichole**<br>Middle name<br><br>**O'Brien**<br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br>Include your married or maiden names. |  |  |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-0605 | xxx-xx-6861 |

Debtor 1
Debtor 2    **O'Brien, Mark Sean & O'Brien, Michelle Nichole**                    Case number *(if known)* _____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

About Debtor 1:

■ I have not used any business name or EINs.

Business name(s)

EINs

About Debtor 2 (Spouse Only in a Joint Case):

■ I have not used any business name or EINs.

Business name(s)

EINs

**5.** **Where you live**

**8330 E Quincy Ave**
**Apt J105**
**Denver, CO 80237-2415**
Number, Street, City, State & ZIP Code

**Denver**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.**  Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6.** **Why you are choosing** *this district* **to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
    Explain. (See 28 U.S.C. § 1408.)

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
    Explain. (See 28 U.S.C. § 1408.)

| Debtor 1 | | |
|---|---|---|
| Debtor 2 | O'Brien, Mark Sean & O'Brien, Michelle Nichole | Case number *(if known)* _____ |

---

**Part 2:** **Tell the Court About Your Bankruptcy Case**

| 7. | The chapter of the Bankruptcy Code you are choosing to file under | *Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box. |
|---|---|---|

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

---

| 8. | How you will pay the fee | ☐ | **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address. |
|---|---|---|---|
| | | ■ | **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A). |
| | | ☐ | **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition. |

---

| 9. | Have you filed for bankruptcy within the last 8 years? | ■ No. |
|---|---|---|
| | | ☐ Yes. |

| | District _____ | When _____ | Case number _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

---

| 10. | Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate? | ■ No |
|---|---|---|
| | | ☐ Yes. |

| | Debtor _____ | | Relationship to you _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number, if known _____ |
| | Debtor _____ | | Relationship to you _____ |
| | District _____ | When _____ | Case number, if known _____ |

---

| 11. | Do you rent your residence? | ☐ No. | Go to line 12. |
|---|---|---|---|
| | | ■ Yes. | Has your landlord obtained an eviction judgment against you? |

■ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

Debtor 1
Debtor 2    O'Brien, Mark Sean & O'Brien, Michelle Nichole                        Case number *(if known)*

---

**Part 3:    Report About Any Businesses You Own as a Sole Proprietor**

**12.    Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

---

**13.    Are you filing under Chapter 11 of the Bankruptcy Code and are you a** *small business debtor?*

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).*

■ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

**Part 4:    Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14.    Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.    What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____
Number, Street, City, State & Zip Code

---

Debtor 1
Debtor 2 **O'Brien, Mark Sean & O'Brien, Michelle Nichole**

Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1
Debtor 2    O'Brien, Mark Sean & O'Brien, Michelle Nichole _____    Case number *(if known)* _____

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16.** What kind of debts do you have?

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C.§ 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

_____

**17.** Are you filing under Chapter 7?

☐ No.    I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

■ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

■ Yes

**18.** How many Creditors do you estimate that you owe?

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19.** How much do you estimate your assets to be worth?

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20.** How much do you estimate your liabilities to be?

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ Mark Sean O'Brien | /s/ Michelle Nichole O'Brien |
|---|---|
| **Mark Sean O'Brien** | **Michelle Nichole O'Brien** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on **December 27, 2019** | Executed on **December 27, 2019** |
| MM / DD / YYYY | MM / DD / YYYY |

Debtor 1
Debtor 2     **O'Brien, Mark Sean & O'Brien, Michelle Nichole**                    Case number *(if known)*  _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Andrew Trexler**                                          Date      **December 27, 2019**
Signature of Attorney for Debtor                                                  MM / DD / YYYY

**Andrew Trexler**
Printed name

**Andrew S. Trexler, P.C.**
Firm name

**7887 E Belleview Ave Ste 1100**
**Englewood, CO 80111-6097**
Number, Street, City, State & ZIP Code

Contact phone     **(303) 228-2257**                    Email address      **andrewstrexler@gmail.com**

**39089**
Bar number & State

---

Official Form 101                          **Voluntary Petition for Individuals Filing for Bankruptcy**                          page 7

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Mark Sean O'Brien** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Michelle Nichole O'Brien** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO, DENVER DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy                  4/19

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:   Give Details About Your Marital Status and Where You Lived Before

1.  **What is your current marital status?**

    ■ Married
    ☐ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

    ■ No
    ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

    ■ No
    ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2   Explain the Sources of Your Income

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐ No
    ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips | $58,397.09 | ■ Wages, commissions, bonuses, tips | $59,616.70 |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1
Debtor 2    O'Brien, Mark Sean & O'Brien, Michelle Nichole    Case number *(if known)*

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>**(January 1 to December 31, 2018 )** | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $60,406.57 | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $49,177.34 |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2017 )** | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $66,312.00 | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $42,456.67 |

5. **Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | disability payments (ended early Nov) | $15,434.21 | | |
| | property sales | $300.00 | | |
| | ins pay - accident ($18,573.82 to auto lender) | $20,650.66 | | |
| **For last calendar year:**<br>**(January 1 to December 31, 2018 )** | ins pay - accident | $4,246.15 | | |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐ No.    Go to line 7.
☐ Yes    List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

■ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.    Go to line 7.
■ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor 1
Debtor 2   **O'Brien, Mark Sean & O'Brien, Michelle Nichole**                    Case number *(if known)*

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Ally Financial** | **$537.44 x 5 payments last 90 days (appx balance listed)** | **$2,687.20** | **$26,400.00** | ☐ Mortgage<br>■ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Summit Ridge** | **$5,750 total last 90 days** | **$5,750.00** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other__rent__ |

7.  Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ☐ No
    ■ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **Jerry O'Brien (father)** | **$50/mo 1/19 - 6/19** | **$300.00** | **$3,000.00** | **loan repayment** |

8.  Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?
    Include payments on debts guaranteed or cosigned by an insider.

    ■ No
    ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

**Part 4:**   Identify Legal Actions, Repossessions, and Foreclosures

9.  Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐ No
    ■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Summitt Ridge Apartments LLC v. O'Brien**<br>**unknown** | **eviction** | **Denver County Court**<br>**1437 Bannock St**<br>**Denver, CO 80202-5337** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Debtor 1
Debtor 2   **O'Brien, Mark Sean & O'Brien, Michelle Nichole**                    Case number *(if known)*

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.
☑ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **Canvas Credit Union** | **2007 Kia Sorento LX 4WD** | **4/21/19** | **$3,450.00** |
| | ☑ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
☑ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
☑ No
☐ Yes

## Part 5:    List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
☑ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
☐ No
☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| **Cherry Vista Church of Christ** | **average of approximately $15/week last 2 years** | **various last 2 years** | **$1,560.00** |

## Part 6:    List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☐ No
☑ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

Debtor 1
Debtor 2   O'Brien, Mark Sean & O'Brien, Michelle Nichole _____   Case number *(if known)* _____

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss | Date of your loss | Value of property lost |
|---|---|---|---|
| | Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | | |
| auto accident | yes - other driver's insurance (listed property damage only) | 6/2019 | $18,573.00 |

---

**Part 7:   List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid Address Email or website address Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Andrew S. Trexler, P.C. 7887 E Belleview Ave Ste 1100 Englewood, CO 80111-6097 | $1165 total attorneys fees | 10/19 & 12/19 | $1,165.00 |
| Urgent Credit Counseling | $20 counseling fee | 9/30/19 | $20.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| Person Who Received Transfer Address Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| My Best Friend's Closet none | clothing - $150 FMV | $150 | 8/2019 |
| 3rd party via Craigslist none | 2 cabinets - $150 FMV | $150 | 3/2019 |

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a

---

Debtor 1
Debtor 2   **O'Brien, Mark Sean & O'Brien, Michelle Nichole**

Case number *(if known)* _____

**beneficiary?** (These are often called *asset-protection devices*.)

☑ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|
| | | |

**Part 8:    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20.  **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
   Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
☑ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Chase Bank, NA** | **XXXX-** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **9/2019** | **$0.00** |
| **Chase Bank, NA** | **XXXX-** | ☐ Checking<br>☑ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **9/2019** | **$0.00** |

21.  **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

22.  **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ **No**
☐ **Yes. Fill in the details.**

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**Part 9:    Identify Property You Hold or Control for Someone Else**

23.  **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No
☑ Yes.  Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| **Apria Healthcar** | **residence** | **CPAP machine - unknown value** | **$0.00** |

Debtor 1
Debtor 2   **O'Brien, Mark Sean & O'Brien, Michelle Nichole**      Case number *(if known)*

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| **NPRTO West** | **residence** | **car camera - unknown value** | **$0.00** |
| **Snap Finance** | **residence** | **car camera** | **$250.00** |

---

**Part 10:   Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.   Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

- ■ **No**
- ☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25.   Have you notified any governmental unit of any release of hazardous material?

- ■ **No**
- ☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26.   Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

- ■ **No**
- ☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11:   Give Details About Your Business or Connections to Any Business**

27.   Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

- ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
- ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
- ☐ A partner in a partnership
- ☐ An officer, director, or managing executive of a corporation
- ☐ An owner of at least 5% of the voting or equity securities of a corporation

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor 1
Debtor 2    O'Brien, Mark Sean & O'Brien, Michelle Nichole                    Case number *(if known)*

☑ **No. None of the above applies.  Go to Part 12.**

☐ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ **No**

☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

## Part 12:   Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Mark Sean O'Brien**                                     **/s/ Michelle Nichole O'Brien**
**Mark Sean O'Brien**                                         **Michelle Nichole O'Brien**
**Signature of Debtor 1**                                     **Signature of Debtor 2**

Date   **December 27, 2019**                      Date   **December 27, 2019**

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
☑ No
☐ Yes. Name of Person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

| **Fill in this information to identify your case and this filing:** | | |
|---|---|---|
| Debtor 1 | **Mark Sean O'Brien** | |
| | First Name        Middle Name        Last Name | |
| Debtor 2 | **Michelle Nichole O'Brien** | |
| (Spouse, if filing) | First Name        Middle Name        Last Name | |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO, DENVER DIVISION | |
| Case number | | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ■ No. Go to Part 2.
   ☐ Yes. Where is the property?

**Part 2:**  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ■ Yes

| 3.1 | Make: **Jeep** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. |
|---|---|---|---|
| | Model: | ☐ Debtor 1 only | |
| | Year: **2015** | ☐ Debtor 2 only | |
| | Approximate mileage: **40000** | ■ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | ☐ At least one of the debtors and another | |
| | **Grand Cherokee - purchased 4/2019** | ☐ Check if this is community property (see instructions) | $19,025.00 / $19,025.00 |

| 3.2 | Make: **Volkswagen** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. |
|---|---|---|---|
| | Model: **Jetta** | ☐ Debtor 1 only | |
| | Year: **2003** | ☐ Debtor 2 only | |
| | Approximate mileage: **140000** | ■ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | ☐ At least one of the debtors and another | |
| | | ☐ Check if this is community property (see instructions) | $2,050.00 / $2,050.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor 1
Debtor 2   O'Brien, Mark Sean & O'Brien, Michelle Nichole

Case number *(if known)*

---

5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...........................................................=>

| $21,075.00 |

---

**Part 3:**  Describe Your Personal and  Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6.  **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes.  Describe.....

| 2 beds, 1 couch, 1 table, 4 chairs, 2 dressers, 3 smaller tables, 2 desks, office chair, refrigerator, vacuum, recliner, piano & miscellaneous items of minimal value including bedding & dishware. | $1,480.00 |

7.  **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
■ Yes.  Describe.....

| 2 TVs, 2 computers & DVD player | $520.00 |

8.  **Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☐ No
■ Yes.  Describe.....

| books and pictures | $50.00 |
| DVDs | $100.00 |

9.  **Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
■ No
☐ Yes.  Describe.....

10.  **Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
☐ No
■ Yes.  Describe.....

| rifle, shotgun & pistol | $175.00 |

11.  **Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
■ Yes.  Describe.....

| Debtors' wardrobes & accessories | $750.00 |

12.  **Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
■ Yes.  Describe.....

| rings, necklaces, wedding rings & costume jewelry | $1,500.00 |

---

Official Form 106A/B                    Schedule A/B: Property                                          page 2

Debtor 1
Debtor 2    **O'Brien, Mark Sean & O'Brien, Michelle Nichole**                          Case number *(if known)* _____

**13. Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes.  Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
    ☐ No
    ■ Yes.  Give specific information.....

| 2 pairs of glasses | $100.00 |

**15.    Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .............................................................................**

| | $4,675.00 |

| **Part 4:** | **Describe Your Financial Assets** |

| Do you own or have any legal or equitable interest in any of the following? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

**16. Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes.....................................................................................................................

| | cash | $20.00 |

**17. Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes......................        Institution name:

| 17.1. | Savings Account | 1st Bank - BARE LEGAL TITLE - money is all daughter's ($137.05 in account) | $0.00 |
| 17.2. | Checking Account | 1st Bank | $165.20 |
| 17.3. | Savings Account | 1st Bank | $0.00 |
| 17.4. | Checking Account | 1st Bank | $223.66 |

**18. Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes.................        Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes.  Give specific information about them...................
        Name of entity:                                    % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No

Official Form 106A/B                         Schedule A/B: Property                              page 3

Debtor 1
Debtor 2   **O'Brien, Mark Sean & O'Brien, Michelle Nichole**                    Case number *(if known)* _____

☐ Yes. Give specific information about them.
                              Issuer name:

21. **Retirement or pension accounts**
     *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
     ☐ No
     ☑ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **401(k)** | **Fidelity** | **$2,500.00** |
| **401(k)** | **Voya Financial** | **$1,300.00** |

22. **Security deposits and prepayments**
     Your share of all unused deposits you have made so that you may continue service or use from a company
     *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
     ☑ No
     ☐ Yes. ....................                         Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
     ☑ No
     ☐ Yes............         Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
     26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
     ☑ No
     ☐ Yes............         Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
     ☑ No
     ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
     *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
     ☑ No
     ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
     *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
     ☑ No
     ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
     ☑ No
     ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......
                                                                                        _____

29. **Family support**
     *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
     ☑ No
     ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
     *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits;
             unpaid loans you made to someone else
     ☐ No
     ☑ Yes.  Give specific information..

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor 1
Debtor 2     **O'Brien, Mark Sean & O'Brien, Michelle Nichole**                    Case number *(if known)*

| regular unpaid wages owed to Debtor Husband for work done through 12/26/19 | | **unknown** |

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **American Family Ins - auto & renters** | **Debtors** | **$0.00** |
| **medical, dental, vision, AD&D, and short-term disability insurance policies through Debtor Husband's employer** | **Debtors** | **$0.00** |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information.

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☐ No
    ■ Yes. Describe each claim.........

| claims for personal injury damages related to May 2018 and June 2019 auto accidents | | **unknown** |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here..........................................................................................................** | **$4,208.86** |

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor 1
Debtor 2   **O'Brien, Mark Sean & O'Brien, Michelle Nichole**

Case number *(if known)* _____

53.  **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54.  **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................  | **$0.00**

| Part 8: | List the Totals of Each Part of this Form |
|---------|-------------------------------------------|

55.  **Part 1: Total real estate, line 2** ....................................................................................  **$0.00**

56.  **Part 2: Total vehicles, line 5**                                      **$21,075.00**
57.  **Part 3: Total personal and household items, line 15**                  **$4,675.00**
58.  **Part 4: Total financial assets, line 36**                             **$4,208.86**
59.  **Part 5: Total business-related property, line 45**                        **$0.00**
60.  **Part 6: Total farm- and fishing-related property, line 52**               **$0.00**
61.  **Part 7: Total other property not listed, line 54**             +           **$0.00**

62.  **Total personal property.** Add lines 56 through 61...    **$29,958.86**   Copy personal property total    **$29,958.86**

63.  **Total of all property on Schedule A/B.** Add line 55 + line 62    | **$29,958.86**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Mark Sean O'Brien** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO, DENVER DIVISION |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106C

## Schedule C: The Property You Claim as Exempt                                    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:   Identify the Property You Claim as Exempt

1.  **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2.  **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Debtor 1 Exemptions**<br>**Jeep**<br>**2015**<br>**40000**<br>Line from *Schedule A/B* **3.1** | **$19,025.00** | ■ **$7,500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(j)(I)** |
| **Volkswagen**<br>**Jetta**<br>**2003**<br>**140000**<br>Line from *Schedule A/B* **3.2** | **$2,050.00** | ■ **$7,500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(j)(I)** |
| **2 beds, 1 couch, 1 table, 4 chairs, 2 dressers, 3 smaller tables, 2 desks, office chair, refrigerator, vacuum, recliner, piano & miscellaneous items of minimal value including bedding & dishware.**<br>Line from *Schedule A/B* **6.1** | **$1,480.00** | ■ **$1,480.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(e)** |
| **2 TVs, 2 computers & DVD player**<br>Line from *Schedule A/B* **7.1** | **$520.00** | ■ **$520.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(e)** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **books and pictures**<br>Line from *Schedule A/B* **8.1** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. §**<br>**13-54-102(1)(c)** |
| **DVDs**<br>Line from *Schedule A/B* **8.2** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. §**<br>**13-54-102(1)(c)** |
| **Debtors' wardrobes & accessories**<br>Line from *Schedule A/B* **11.1** | $750.00 | ■ $750.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. §**<br>**13-54-102(1)(a)** |
| **rings, necklaces, wedding rings & costume jewelry**<br>Line from *Schedule A/B* **12.1** | $1,500.00 | ■ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. §**<br>**13-54-102(1)(b)** |
| **2 pairs of glasses**<br>Line from *Schedule A/B* **14.1** | $100.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. §**<br>**13-54-102(1)(p)** |
| **cash**<br>Line from *Schedule A/B* **16.1** | $20.00 | ■ 80%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. §§**<br>**13-54-104(2)(A), 5-5-105,**<br>**5-5-106** |
| **1st Bank**<br>Line from *Schedule A/B* **17.2** | $165.20 | ■ 80%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. §§**<br>**13-54-104(2)(A), 5-5-105,**<br>**5-5-106** |
| **1st Bank**<br>Line from *Schedule A/B* **17.3** | $0.00 | ■ 80%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. §§**<br>**13-54-104(2)(A), 5-5-105,**<br>**5-5-106** |
| **1st Bank**<br>Line from *Schedule A/B* **17.4** | $223.66 | ■ 80%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. §§**<br>**13-54-104(2)(A), 5-5-105,**<br>**5-5-106** |
| **Fidelity**<br>Line from *Schedule A/B* **21.1** | $2,500.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. §**<br>**13-54-102(1)(s)** |
| **Voya Financial**<br>Line from *Schedule A/B* **21.2** | $1,300.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. §**<br>**13-54-102(1)(s)** |
| **regular unpaid wages owed to Debtor Husband for work done through 12/26/19**<br>Line from *Schedule A/B* **30.1** | Unknown | ■ 80%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. §§**<br>**13-54-104(2)(A), 5-5-105,**<br>**5-5-106** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **claims for personal injury damages related to May 2018 and June 2019 auto accidents**<br>Line from *Schedule A/B* **33.1** | **Unknown** | ☐ _____<br><br>■ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(n)** |

3. **Are you claiming a homestead exemption of more than $170,350**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ☐ No

      ☐ Yes

---

Software Copyright (c) 2019 CINGroup - www.cincompass.com

**Fill in this information to identify your case:**

Debtor 1 _____
               First Name              Middle Name              Last Name

Debtor 2        **Michelle Nichole O'Brien**
(Spouse if, filing)   First Name       Middle Name              Last Name

United States Bankruptcy Court for the:   DISTRICT OF COLORADO, DENVER DIVISION

Case number _____
(if known)

☐ Check if this is an amended filing

# Official Form 106C

## Schedule C: The Property You Claim as Exempt                  4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1.  **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2.  **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **Debtor 2 Exemptions** | | | |
| Brief description: | | ☐ _____ | |
| Line from *Schedule A/B:* _____ | _____ | ☐ 100% of fair market value, up to any applicable statutory limit | |

3.  **Are you claiming a homestead exemption of more than $170,350?**
    (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

    ■ No

    ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐ No

        ☐ Yes

Software Copyright (c) 2019 CINGroup - www.cincompass.com

| Fill in this information to identify your case: |
|---|

| Debtor 1 | **Mark Sean O'Brien** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Michelle Nichole O'Brien** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO, DENVER DIVISION | | |
| Case number (if known) | _____ | | |

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                    **12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---|---|

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor 's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

| 2.1 | **Ally Financial** | **Describe the property that secures the claim:** | $26,400.00 | $19,025.00 | $7,375.00 |
|---|---|---|---|---|---|
| | Creditor's Name | **2015 Jeep Grand Cherokee - purchased 4/2019** | | | |

PO Box 380901
Bloomington, MN
55438-0901

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **2019-04-27**          Last 4 digits of account number   **2498**

| Add the dollar value of your entries in Column A on this page. Write that number here: | $26,400.00 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $26,400.00 |

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐  Name, Number, Street, City, State & Zip Code
**Ally Financial**
**Attn: Bankruptcy Dept**
**PO Box 380901**
**Bloomington, MN 55438-0901**

On which line in Part 1 did you enter the creditor?   **2.1**

Last 4 digits of account number   **2498**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Mark Sean O'Brien** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | **Michelle Nichole O'Brien** |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO, DENVER DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
☐ No. Go to Part 2.
☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor 's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** **Internal Revenue Service** | Last 4 digits of account number  **6861** | **$3,260.38** | **$3,260.38** | **$0.00** |

Priority Creditor's Name

**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred?  **'16 - '18**

**Who incurred the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

### Part 2:   List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☐ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

Debtor 1
Debtor 2  **O'Brien, Mark Sean & O'Brien, Michelle Nichole**                    Case number (if known) _____

| 4.1 | **A-1 Collection Agency, LLC** | Last 4 digits of account number | **21CE** | $401.15 |

Nonpriority Creditor's Name

When was the debt incurred? _____

**715 Horizon Dr Ste 201**
**Grand Junction, CO 81506-8726**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                ☐ Contingent
☐ Debtor 2 only                                ☐ Unliquidated
■ Debtor 1 and Debtor 2 only                   ■ Disputed
☐ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**   ☐ Student loans
**debt**                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**             report as priority claims
■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                          ■ Other. Specify   **unknown debt; may not be owed**

| 4.2 | **Apria Healthcare** | Last 4 digits of account number | **M178** | $200.25 |

Nonpriority Creditor's Name

When was the debt incurred? _____

**PO Box 802017**
**Chicago, IL 60680-2017**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                ☐ Contingent
☐ Debtor 2 only                                ☐ Unliquidated
■ Debtor 1 and Debtor 2 only                   ☐ Disputed
☐ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**   ☐ Student loans
**debt**                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**             report as priority claims
■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                          ■ Other. Specify   **medical**

| 4.3 | **Canvas Credit Union** | Last 4 digits of account number | **0002** | $11,502.00 |

Nonpriority Creditor's Name

When was the debt incurred? **2017-11**

**9990 Park Meadows Dr**
**Lone Tree, CO 80124-6739**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                                ☐ Contingent
☐ Debtor 2 only                                ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                   ☐ Disputed
☐ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**   ☐ Student loans
**debt**                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**             report as priority claims
■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                          ■ Other. Specify   **credit card**

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor 1
Debtor 2   **O'Brien, Mark Sean & O'Brien, Michelle Nichole**                Case number (if known) _____

| 4.4 | **Canvas Credit Union** | Last 4 digits of account number | **0001** | $6,022.00 |

Nonpriority Creditor's Name

**9990 Park Meadows Dr**
**Lone Tree, CO 80124-6739**
Number Street City State Zip Code

When was the debt incurred?   **6/2019**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **repo deficiency**

---

| 4.5 | **Carepoint Anesthesia Group LLC** | Last 4 digits of account number | **8086** | $650.00 |

Nonpriority Creditor's Name

**8301 E Prentice Ave Ste 215**
**Greenwood Village, CO 80111-2990**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **medical**

---

| 4.6 | **Comenity Bank/Lnbryant** | Last 4 digits of account number | **8380** | $6,682.72 |

Nonpriority Creditor's Name

**PO Box 182789**
**Columbus, OH 43218-2789**
Number Street City State Zip Code

When was the debt incurred?   **2011-07**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **credit card**

---

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor 1
Debtor 2  O'Brien, Mark Sean & O'Brien, Michelle Nichole

Case number (if known)

| 4.7 | **Comenitybank/catherine** | Last 4 digits of account number | **0792** | **$2,152.49** |
|---|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?  **2018-05**

**PO Box 182789**
**Columbus, OH 43218-2789**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **credit card**

| 4.8 | **Credit First N A** | Last 4 digits of account number | **4344** | **$1,132.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?  **2012-05**

**PO Box 81315**
**Cleveland, OH 44181-0315**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **credit card**

| 4.9 | **Discover Fin Svcs LLC** | Last 4 digits of account number | **1465** | **$8,600.11** |
|---|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?  **2016-11**

**PO Box 15316**
**Wilmington, DE 19850-5316**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **credit card**

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor 1
Debtor 2     **O'Brien, Mark Sean & O'Brien, Michelle Nichole**          Case number (if known) _____

| 4.10 | **Fed Loan Serv** | Last 4 digits of account number | **0001** | **$41,600.00** |

Nonpriority Creditor's Name

**PO Box 60610**
**Harrisburg, PA 17106-0610**          When was the debt incurred?    **2002-07**

Number Street City State Zip Code

**Who incurred the debt?** Check one.          As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ☐ Disputed
☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**  ■ Student loans
**debt**                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**           report as priority claims
■ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                         ☐ Other. Specify _____

                                              _____ Installment account _____

| 4.11 | **Health Images** | Last 4 digits of account number | **1670** | **$654.00** |

Nonpriority Creditor's Name

**PO Box 732423**
**Dallas, TX 75373-2423**          When was the debt incurred?    **2015-11**

Number Street City State Zip Code

**Who incurred the debt?** Check one.          As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                              ☐ Contingent
■ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ☐ Disputed
☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**           report as priority claims
■ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                         ■ Other. Specify   **medical**

| 4.12 | **Jerry O'Brien** | Last 4 digits of account number | | **$3,000.00** |

Nonpriority Creditor's Name

**4307 8th St SW**
**Rochester, MN 55902-8703**          When was the debt incurred?    **various**

Number Street City State Zip Code

**Who incurred the debt?** Check one.          As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
■ Debtor 1 and Debtor 2 only                 ☐ Disputed
☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**           report as priority claims
■ No                                          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                         ■ Other. Specify   **personal loan**

Debtor 1
Debtor 2    **O'Brien, Mark Sean & O'Brien, Michelle Nichole**          Case number (if known) _____

| 4.13 | **Jpmcb Card** | Last 4 digits of account number | **3092** | **$2,877.05** |

Nonpriority Creditor's Name

When was the debt incurred? **2018-10**

**PO Box 15298**
**Wilmington, DE 19850-5298**
Number Street City State Zip Code                 As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.

■ Debtor 1 only                                ☐ Contingent
☐ Debtor 2 only                                ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                   ☐ Disputed
☐ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**   ☐ Student loans
**debt**
                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**             report as priority claims
■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                          ■ Other. Specify    **credit card**

---

| 4.14 | **Kaiser Foundation Health Plan of CO** | Last 4 digits of account number | **2279** | **$1,726.49** |

Nonpriority Creditor's Name

When was the debt incurred? **2019**

**PO Box 373030**
**Denver, CO 80237-7030**
Number Street City State Zip Code                 As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                ☐ Contingent
☐ Debtor 2 only                                ☐ Unliquidated
■ Debtor 1 and Debtor 2 only                   ☐ Disputed
☐ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**   ☐ Student loans
**debt**
                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**             report as priority claims
■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                          ■ Other. Specify    **medical**

---

| 4.15 | **Maurice's** | Last 4 digits of account number | | **unknown** |

Nonpriority Creditor's Name

When was the debt incurred?

**PO Box 30253**
**Salt Lake City, UT 84130-0253**
Number Street City State Zip Code                 As of the date you file, the claim is: Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                ☐ Contingent
☐ Debtor 2 only                                ☐ Unliquidated
■ Debtor 1 and Debtor 2 only                   ☐ Disputed
☐ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**   ☐ Student loans
**debt**
                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**             report as priority claims
■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                          ■ Other. Specify    **credit card**

---

Debtor 1
Debtor 2  **O'Brien, Mark Sean & O'Brien, Michelle Nichole**          Case number (if known) _____

---

| 4.16 | **MoneyTree, Inc.** | Last 4 digits of account number | **0605** | **$524.00** |

Nonpriority Creditor's Name

**8181 E Arapahoe Rd Ste B**
**Greenwood Village, CO 80112-1378**
Number Street City State Zip Code

When was the debt incurred?    **8/19**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **pay day loan**

---

| 4.17 | **MoneyTree, Inc.** | Last 4 digits of account number | **6861** | **$300.00** |

Nonpriority Creditor's Name

**8181 E Arapahoe Rd Ste B**
**Greenwood Village, CO 80112-1378**
Number Street City State Zip Code

When was the debt incurred?    **8/19**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **pay day loan**

---

| 4.18 | **PayPal Credit / Syncb** | Last 4 digits of account number | **9420** | **$3,419.69** |

Nonpriority Creditor's Name

**PO Box 960006**
**Orlando, FL 32896-0006**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **credit card**

---

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor 1
Debtor 2   **O'Brien, Mark Sean & O'Brien, Michelle Nichole**                    Case number (if known) _____

---

| 4.19 | **Progressive Insurance** | Last 4 digits of account number | **9643** | | **$310.00** |

Nonpriority Creditor's Name

**PO Box 6949**
**Cleveland, OH 44101-1949**
Number Street City State Zip Code

When was the debt incurred?      **2019-06**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **insurance bill**

---

| 4.20 | **SCL Health System Hospital Patient Payme** | Last 4 digits of account number | **3764** | | **$2,924.75** |

Nonpriority Creditor's Name

**PO Box 912587**
**Denver, CO 80291-2587**
Number Street City State Zip Code

When was the debt incurred?      _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **medical; may be duplicated; disputed**

---

| 4.21 | **SCL Health System Hospital Patient Payme** | Last 4 digits of account number | **3764** | | **$4,073.75** |

Nonpriority Creditor's Name

**PO Box 912587**
**Denver, CO 80291-2587**
Number Street City State Zip Code

When was the debt incurred?      **7/19**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **medical; may be duplicated; disputed**

---

Debtor 1
Debtor 2  **O'Brien, Mark Sean & O'Brien, Michelle Nichole**

Case number (If known) _____

---

**4.22** | **Syncb/Care Credit** | Last 4 digits of account number **3161** | **$200.00**

Nonpriority Creditor's Name

**C/o**
**PO Box 965036**
**Orlando, FL 32896-5036**

When was the debt incurred? **2018-09**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **credit card - medical**

---

**4.23** | **Syncb/ppmc** | Last 4 digits of account number **3619** | **$904.00**

Nonpriority Creditor's Name

**PO Box 965005**
**Orlando, FL 32896-5005**

When was the debt incurred? **2019-01**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **credit card**

---

**4.24** | **Syncb/Walmart** | Last 4 digits of account number **1645** | **$859.32**

Nonpriority Creditor's Name

**PO Box 965024**
**Orlando, FL 32896-5024**

When was the debt incurred? **2012-10**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **credit card**

---

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor 1
Debtor 2  **O'Brien, Mark Sean & O'Brien, Michelle Nichole**

Case number (if known) _____

---

| 4.25 | **Syncb/zulily** | Last 4 digits of account number | **9565** | **$1,931.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**C/o**
**PO Box 965017**
**Orlando, FL 32896-5017**
Number Street City State Zip Code

**When was the debt incurred?**  **2018-12**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **credit card**

---

| 4.26 | **Td Bank USA/Targetcred** | Last 4 digits of account number | **0940** | **$957.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 673**
**Minneapolis, MN 55440-0673**
Number Street City State Zip Code

**When was the debt incurred?**  **2018-09**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **credit card**

---

| 4.27 | **University of Colorado Hospital** | Last 4 digits of account number | **0288** | **$127.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 732144**
**Dallas, TX 75373-2144**
Number Street City State Zip Code

**When was the debt incurred?**  **2019-06**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **medical**

---

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor 1
Debtor 2   **O'Brien, Mark Sean & O'Brien, Michelle Nichole**                    Case number (if known) _____

| 4.28 | **US Bank - Cardmember Service** | Last 4 digits of account number | **5681** | **$13,020.83** |

Nonpriority Creditor's Name

When was the debt incurred?     **2017-11**

**PO Box 6352**
**Fargo, ND 58125-6352**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                    ☐ Contingent
☐ Debtor 2 only                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only       ☐ Disputed
☐ At least one of the debtors and another     **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**      ☐ Student loans
**debt**                           ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**        report as priority claims
■ No                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                              ■ Other. Specify   **credit card**

---

**Part 3:**    **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Alliance One Receivables** | Line **4.26** of (Check one): |
| **Management, Inc** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **4850 E Street Rd Ste 300** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Trevose, PA 19053-6643** | |
| | Last 4 digits of account number        **0940** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Capital Management Services, LP** | Line **4.9** of (Check one): |
| **698 1/2 S Ogden St** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Buffalo, NY 14206-2317** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number        **1465** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Capital Management Services, LP** | Line **4.9** of (Check one): |
| **PO Box 964** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Buffalo, NY 14220-0964** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number        **1465** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Carepoint Anesthesia Group** | Line **4.5** of (Check one): |
| **1745 Shea Center Dr Fl 4** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Highlands Ranch, CO 80129-1537** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number        **8086** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Chase Card Services** | Line **4.13** of (Check one): |
| **Attn: Bankruptcy** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **PO Box 15298** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Wilmington, DE 19850-5298** | |
| | Last 4 digits of account number        **3092** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Comenity Bank - Bankuptcy Dept** | Line **4.6** of (Check one): |
| **PO Box 182125** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Columbus, OH 43218-2125** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number        **8380** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|

---

Debtor 1
Debtor 2   **O'Brien, Mark Sean & O'Brien, Michelle Nichole**                    Case number *(if known)*

---

**Comenity Bank - Bankuptcy Dept**
**PO Box 182125**
**Columbus, OH 43218-2125**

Line **4.7** of (*Check one*):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number            **0792**

---

Name and Address
**Comenity Bank/Lane Bryant**
**Attn: Bankruptcy**
**PO Box 182125**
**Columbus, OH 43218-2125**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.6** of (*Check one*):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number            **8380**

---

Name and Address
**Credit Collection Serv**
**PO Box 607**
**Norwood, MA 02062-0607**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.19** of (*Check one*):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number            **9643**

---

Name and Address
**Credit Collection Services**
**Attn: Bankruptcy**
**725 Canton St**
**Norwood, MA 02062-2679**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.19** of (*Check one*):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number            **9643**

---

Name and Address
**Credit First National Association**
**Attn: Bankruptcy**
**PO Box 81315**
**Cleveland, OH 44181-0315**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.8** of (*Check one*):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number            **4344**

---

Name and Address
**Credit Service Co**
**PO Box 1120**
**Colorado Springs, CO 80901-1120**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.11** of (*Check one*):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number            **1670**

---

Name and Address
**Credit Service Company**
**Attn: Bankruptcy**
**PO Box 1120**
**Colorado Springs, CO 80901-1120**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.11** of (*Check one*):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number            **1670**

---

Name and Address
**Discover Financial**
**Attn: Bankruptcy Department**
**PO Box 15316**
**Wilmington, DE 19850-5316**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.9** of (*Check one*):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number            **1465**

---

Name and Address
**FedLoan Servicing**
**Attn: Bankruptcy**
**PO Box 69184**
**Harrisburg, PA 17106-9184**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.10** of (*Check one*):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number            **0001**

---

Name and Address
**Global Credit & Collection Corp.**
**PO Box 2129**
**Schiller Park, IL 60176-0129**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.25** of (*Check one*):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number            **9565**

---

Name and Address                                On which entry in Part 1 or Part 2 did you list the original creditor?

---

Debtor 1
Debtor 2  **O'Brien, Mark Sean & O'Brien, Michelle Nichole**

Case number (if known) _____

| | | |
|---|---|---|
| **Kaiser Foundation Health Plan of CO**<br>PO Box 711603<br>Denver, CO 80271-1603 | Line **4.14** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **2279** |

| | | |
|---|---|---|
| Name and Address<br>**Kaiser Permanente Membership Administration**<br>PO Box 203009<br>Denver, CO 80220-9009 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.14** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **2279** |

| | | |
|---|---|---|
| Name and Address<br>**PayPal Credit Services**<br>PO Box 960080<br>Orlando, FL 32896-0080 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.23** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **3619** |

| | | |
|---|---|---|
| Name and Address<br>**Professional Finance C**<br>5754 W 11th St Ste 100<br>Greeley, CO 80634-4811 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.27** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **0288** |

| | | |
|---|---|---|
| Name and Address<br>**Professional Finance Company, Inc.**<br>Attn: Bankruptcy<br>PO Box 1686<br>Greeley, CO 80632-1686 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.27** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **0288** |

| | | |
|---|---|---|
| Name and Address<br>**Public Service/Canvas Cu**<br>Attn: Bankruptcy<br>PO Box 5238<br>Englewood, CO 80155-5238 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.3** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **0002** |

| | | |
|---|---|---|
| Name and Address<br>**Public Service/Canvas Cu**<br>Attn: Bankruptcy<br>PO Box 5238<br>Englewood, CO 80155-5238 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.4** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **0001** |

| | | |
|---|---|---|
| Name and Address<br>**Syncb/zulily**<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.25** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **9565** |

| | | |
|---|---|---|
| Name and Address<br>**Synchrony Bank - Bankruptcy**<br>PO Box 965064<br>Orlando, FL 32896-5064 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.25** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **9565** |

| | | |
|---|---|---|
| Name and Address<br>**Synchrony Bank - Bankruptcy**<br>PO Box 965064<br>Orlando, FL 32896-5064 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.18** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **9420** |

| | | |
|---|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor 1
Debtor 2 **O'Brien, Mark Sean & O'Brien, Michelle Nichole**

Case number *(if known)* _____

---

**Synchrony Bank/Care Credit**
**Attn: Bankruptcy Dept**
**PO Box 965060**
**Orlando, FL 32896-5060**

Line **4.22** of (*Check one*):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **3161**

---

Name and Address
**Synchrony Bank/Gap**
**Attn: Bankruptcy Dept**
**PO Box 965060**
**Orlando, FL 32896-5060**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.23** of (*Check one*):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **3619**

---

Name and Address
**Synchrony Bank/Walmart**
**Attn: Bankruptcy**
**PO Box 965060**
**Orlando, FL 32896-5060**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.24** of (*Check one*):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **1645**

---

Name and Address
**Target**
**Attn: Bankruptcy**
**PO Box 9475**
**Minneapolis, MN 55440-9475**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.26** of (*Check one*):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **0940**

---

Name and Address
**US Bank**
**PO Box 6335**
**Fargo, ND 58125-6335**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.28** of (*Check one*):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **5681**

---

Name and Address
**US Bank - Cardmember Service**
**PO Box 6351**
**Fargo, ND 58125-6351**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.28** of (*Check one*):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **5681**

---

Name and Address
**US Bank/Rms Cc**
**Attn: Bankruptcy**
**PO Box 5229**
**Cincinnati, OH 45201-5229**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.28** of (*Check one*):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **5681**

---

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |

**6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 3,260.38 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
|  | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 3,260.38 |

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 41,600.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |

Debtor 1
Debtor 2   **O'Brien, Mark Sean & O'Brien, Michelle Nichole**

Case number (if known) _____

| | | |
|---|---|---|
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i.  $          75,151.60 |
| 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j.  $          116,751.60 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Mark Sean O'Brien** |
| | First Name            Middle Name            Last Name |
| Debtor 2 | **Michelle Nichole O'Brien** |
| (Spouse if, filing) | First Name            Middle Name            Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO, DENVER DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Apria Healthcare** | **CPAP machine lease** |
| 2.2 | **NPRTO West, LLC**<br>**256 W Data Dr**<br>**Draper, UT 84020-2315** | **car camera lease** |
| 2.3 | **Snap Finance** | **car camera lease** |
| 2.4 | **Verizon** | **cell phone agreement until 8/2021** |

Software Copyright (c) 2019 CINGroup - www.cincompass.com

<table>
<tr><td colspan="3"><strong>Fill in this information to identify your case:</strong></td></tr>
<tr><td>Debtor 1</td><td colspan="2"><strong>Mark Sean O'Brien</strong></td></tr>
<tr><td></td><td>First Name</td><td>Middle Name          Last Name</td></tr>
<tr><td>Debtor 2<br>(Spouse if, filing)</td><td colspan="2"><strong>Michelle Nichole O'Brien</strong></td></tr>
<tr><td></td><td>First Name</td><td>Middle Name          Last Name</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td colspan="2">DISTRICT OF COLORADO, DENVER DIVISION</td></tr>
<tr><td>Case number<br>(if known)</td><td colspan="2"></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                                12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1 _____<br>Name<br><br>_____<br>Number      Street<br>City          State          ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| 3.2 _____<br>Name<br><br>_____<br>Number      Street<br>City          State          ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Mark Sean O'Brien** |
| Debtor 2<br>(Spouse, if filing) | **Michelle Nichole O'Brien** |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO, DENVER DIVISION |
| Case number<br>(If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I
## Schedule I: Your Income                                    12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---|---|

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>■ Not employed |
| | Occupation | **IT Tech** | |
| | Employer's name | **Motorola Solutions, Inc.** | |
| | Employer's address | **500 W Monroe St Fl 44**<br>**Chicago, IL 60661-3781** | |
| | How long employed there? | **3 years** | |

| Part 2: | Give Details About Monthly Income |
|---|---|

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **5,333.00** | $ **0.00** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ **0.00** | +$ **0.00** |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ **5,333.00** | $ **0.00** |

Debtor 1
Debtor 2   **O'Brien, Mark Sean & O'Brien, Michelle Nichole**

Case number (*if known*) _____

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ............................................................ | 4. | $ 5,333.00 | $ 0.00 |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 1,016.00 | $ 0.00 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 267.00 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 133.00 | $ 0.00 |
| 5e. | Insurance | 5e. | $ 477.00 | $ 0.00 |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: | 5h.+ | $ 0.00 | + $ 0.00 |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 6. | **Add the payroll deductions.**  Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 1,893.00 | $ 0.00 |
| 7. | **Calculate total monthly take-home pay.**  Subtract line 6 from line 4. | 7. | $ 3,440.00 | $ 0.00 |

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm**  Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. | Interest and dividends | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive**  Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
| 8e. | Social Security | 8e. | $ 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive**  Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. | Pension or retirement income | 8g. | $ 0.00 | $ 0.00 |
| 8h. | Other monthly income. Specify: | 8h.+ | $ 0.00 | + $ 0.00 |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 9. | **Add all other income.**  Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 0.00 | $ 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10. | **Calculate monthly income.**  Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 3,440.00 | + $ 0.00 | = | $ 3,440.00 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____   11.   +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies.   12.   $ 3,440.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
■ Yes. Explain:   **Michelle's last day of work was 12/6/19. She is looking for work but has not yet had an interview.**

**Fill in this information to identify your case:**

Debtor 1    **Mark Sean O'Brien**

Debtor 2    **Michelle Nichole O'Brien**
(Spouse, if filing)

United States Bankruptcy Court for the:   DISTRICT OF COLORADO, DENVER DIVISION

Case number
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

       ■ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**    ☐ No

   Do not list Debtor 1 and Debtor 2.    ■ Yes.   Fill out this information for each dependent..............

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Child | 7 | ☐ No   ■ Yes |
| | | ☐ No   ☐ Yes |
| | | ☐ No   ☐ Yes |
| | | ☐ No   ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ■ No
   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | **Your expenses** |
|---|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. $   1,760.00

   **If not included in line 4:**

   4a. Real estate taxes    4a. $   0.00
   4b. Property, homeowner's, or renter's insurance    4b. $   0.00
   4c. Home maintenance, repair, and upkeep expenses    4c. $   0.00
   4d. Homeowner's association or condominium dues    4d. $   0.00
5. **Additional mortgage payments for your residence,** such as home equity loans    5. $   0.00

Debtor 1
Debtor 2  **O'Brien, Mark Sean & O'Brien, Michelle Nichole**                Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 125.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 80.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 475.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 950.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 250.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 200.00 |
| 10. | **Personal care products and services** | | 10. $ | 200.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 325.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare.<br>Do not include car payments. | | 12. $ | 462.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 150.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 75.00 |
| 15. | **Insurance.**<br>Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 295.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.<br>Specify:   **back taxes - pd in appx 2 yrs** | | 16. $ | 150.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 537.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 400.00 |
| | 17c. | Other. Specify:   **student loan** | 17c. $ | 162.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 106I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** | | $ | 100.00 |
| | Specify:   **support for elderly father** | | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify:   **Misc - gifts; unanticipated expenses** | | 21. +$ | 75.00 |
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | 6,771.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | | $ | 6,771.00 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | | 23a. $ | 3,440.00 |
| | 23b. Copy your monthly expenses from line 22c above. | | 23b. -$ | 6,771.00 |
| | 23c. Subtract your monthly expenses from your monthly income.<br>The result is your *monthly net income.* | | 23c. $ | -3,331.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☐ No.

    ■ Yes.  | Explain here:**NOTE - $400 auto expense is for savings or financing; Debtor's 16-year-old car needs to be replaced very soon but Debtors were not able to obtain financing pre-filing.** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Mark Sean O'Brien** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Michelle Nichole O'Brien** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO, DENVER DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ Mark Sean O'Brien** | X **/s/ Michelle Nichole O'Brien** |
|---|---|
| **Mark Sean O'Brien** | **Michelle Nichole O'Brien** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date **December 27, 2019** | Date **December 27, 2019** |

**United States Bankruptcy Court**
**District of Colorado, Denver Division**

IN RE:                                                    Case No. _____

O'Brien, Mark Sean & O'Brien, Michelle Nichole _____    Chapter **7** _____
                        Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **December 27, 2019** _____    Signature: _**/s/ Mark Sean O'Brien**_ _____
                                                 **Mark Sean O'Brien**                                    Debtor


Date: **December 27, 2019** _____    Signature: _**/s/ Michelle Nichole O'Brien**_ _____
                                                 **Michelle Nichole O'Brien**                       Joint Debtor, if any

© 2019 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

A-1 Collection Agency, LLC
715 Horizon Dr Ste 201
Grand Junction, CO  81506-8726

Alliance One Receivables Management, Inc
4850 E Street Rd Ste 300
Trevose, PA  19053-6643

Ally Financial
Attn: Bankruptcy Dept
PO Box 380901
Bloomington, MN  55438-0901

Ally Financial
PO Box 380901
Bloomington, MN  55438-0901

Apria Healthcare
PO Box 802017
Chicago, IL  60680-2017

Canvas Credit Union
9990 Park Meadows Dr
Lone Tree, CO  80124-6739

Capital Management Services, LP
698 1/2 S Ogden St
Buffalo, NY  14206-2317

Capital Management Services, LP
PO Box 964
Buffalo, NY  14220-0964


Carepoint Anesthesia Group
1745 Shea Center Dr Fl 4
Highlands Ranch, CO  80129-1537


Carepoint Anesthesia Group LLC
8301 E Prentice Ave Ste 215
Greenwood Village, CO  80111-2990


Chase Card Services
Attn: Bankruptcy
PO Box 15298
Wilmington, DE  19850-5298


Comenity Bank - Bankuptcy Dept
PO Box 182125
Columbus, OH  43218-2125


Comenity Bank/Lane Bryant
Attn: Bankruptcy
PO Box 182125
Columbus, OH  43218-2125


Comenity Bank/Lnbryant
PO Box 182789
Columbus, OH  43218-2789

Comenitybank/catherine
PO Box 182789
Columbus, OH  43218-2789


Credit Collection Serv
PO Box 607
Norwood, MA  02062-0607


Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood, MA  02062-2679


Credit First N A
PO Box 81315
Cleveland, OH  44181-0315


Credit First National Association
Attn: Bankruptcy
PO Box 81315
Cleveland, OH  44181-0315


Credit Service Co
PO Box 1120
Colorado Springs, CO  80901-1120


Credit Service Company
Attn: Bankruptcy
PO Box 1120
Colorado Springs, CO  80901-1120

Discover Fin Svcs LLC
PO Box 15316
Wilmington, DE  19850-5316


Discover Financial
Attn: Bankruptcy Department
PO Box 15316
Wilmington, DE  19850-5316


Fed Loan Serv
PO Box 60610
Harrisburg, PA  17106-0610


FedLoan Servicing
Attn: Bankruptcy
PO Box 69184
Harrisburg, PA  17106-9184


Global Credit & Collection Corp.
PO Box 2129
Schiller Park, IL  60176-0129


Health Images
PO Box 732423
Dallas, TX  75373-2423


Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346

```
Jerry O'Brien
4307 8th St SW
Rochester, MN  55902-8703


Jpmcb Card
PO Box 15298
Wilmington, DE  19850-5298


Kaiser Foundation Health Plan of CO
PO Box 373030
Denver, CO  80237-7030


Kaiser Foundation Health Plan of CO
PO Box 711603
Denver, CO  80271-1603


Kaiser Permanente
Membership Administration
PO Box 203009
Denver, CO  80220-9009


Maurice's
PO Box 30253
Salt Lake City, UT  84130-0253


MoneyTree, Inc.
8181 E Arapahoe Rd Ste B
Greenwood Village, CO  80112-1378
```

```
NPRTO West, LLC
256 W Data Dr
Draper, UT  84020-2315


PayPal Credit / Syncb
PO Box 960006
Orlando, FL  32896-0006


PayPal Credit Services
PO Box 960080
Orlando, FL  32896-0080


Professional Finance C
5754 W 11th St Ste 100
Greeley, CO  80634-4811


Professional Finance Company, Inc.
Attn: Bankruptcy
PO Box 1686
Greeley, CO  80632-1686


Progressive Insurance
PO Box 6949
Cleveland, OH  44101-1949


Public Service/Canvas Cu
Attn: Bankruptcy
PO Box 5238
Englewood, CO  80155-5238
```

```
SCL Health System Hospital Patient Payme
PO Box 912587
Denver, CO  80291-2587


Syncb/Care Credit
C/o
PO Box 965036
Orlando, FL  32896-5036


Syncb/ppmc
PO Box 965005
Orlando, FL  32896-5005


Syncb/Walmart
PO Box 965024
Orlando, FL  32896-5024


Syncb/zulily
C/o
PO Box 965017
Orlando, FL  32896-5017


Syncb/zulily
Attn: Bankruptcy
PO Box 965060
Orlando, FL  32896-5060


Synchrony Bank - Bankruptcy
PO Box 965064
Orlando, FL  32896-5064
```

Synchrony Bank/Care Credit
Attn: Bankruptcy Dept
PO Box 965060
Orlando, FL  32896-5060


Synchrony Bank/Gap
Attn: Bankruptcy Dept
PO Box 965060
Orlando, FL  32896-5060


Synchrony Bank/Walmart
Attn: Bankruptcy
PO Box 965060
Orlando, FL  32896-5060


Target
Attn: Bankruptcy
PO Box 9475
Minneapolis, MN  55440-9475


Td Bank USA/Targetcred
PO Box 673
Minneapolis, MN  55440-0673


University of Colorado Hospital
PO Box 732144
Dallas, TX  75373-2144

```
US Bank
PO Box 6335
Fargo, ND  58125-6335


US Bank - Cardmember Service
PO Box 6351
Fargo, ND  58125-6351


US Bank - Cardmember Service
PO Box 6352
Fargo, ND  58125-6352


US Bank/Rms Cc
Attn: Bankruptcy
PO Box 5229
Cincinnati, OH  45201-5229
```



# Travelport

Travelport, LP
300 Galleria Parkway SE
Atlanta, GA 30339

| Pay Statement | |
|---|---|
| Period Start Date | 12/09/2019 |
| Period End Date | 12/09/2019 |
| Pay Date | 12/20/2019 |
| Document | 5075 |
| Net Pay | $705.60 |

## Pay Details

| | | | |
|---|---|---|---|
| MICHELLE O'BRIEN | Employee Number 733798 | Pay Group | Travelport LP - Hourly |
| 8330 E QUINCY AVE | SSN XXX-XX-6861 | Location | CO-Denver-Denver |
| #J105 | Job Premier Helpdesk Agent | Entity | 248 - Travelport LP |
| DENVER, CO 80237 | Pay Rate $24.8525 | GL Location | US1928 - US1928 |
| USA | Pay Frequency Biweekly | Cost Center | US1928 - US1928 |

## Earnings

| Pay Type | Hours | Pay Rate | Current |
|---|---|---|---|
| ProsperUS | 0.0000 | $0.0000 | $0.00 |
| Emp Group Term | 0.0000 | $0.0000 | $1.94 |
| Holiday | 0.0000 | $0.0000 | $0.00 |
| LTD Imputed Inc | 0.0000 | $0.0000 | $5.29 |
| FLSA OT Adjust | 0.0000 | $0.0000 | $0.00 |
| Paid Time Off | 0.0000 | $0.0000 | $0.00 |
| Regular Pay | 39.5000 | $24.8525 | $981.67 |
| Short Term Dis | 0.0000 | $0.0000 | $0.00 |

Total Hours 39.5000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K Pre Tax | Yes | $78.53 | $2,392.34 | $0.00 | $0.00 |
| Employer Match | No | $0.00 | $0.00 | $0.00 | $2,049.24 |
| Accident Plan | No | $9.46 | $245.96 | $0.00 | $0.00 |
| Vol AD&D | Yes | $4.39 | $114.14 | $0.50 | $13.00 |
| Critical Ill | No | $9.90 | $257.40 | $0.00 | $0.00 |
| Dental | Yes | $15.03 | $390.78 | $27.91 | $725.66 |
| Dep Life Child | No | $0.65 | $16.90 | $0.00 | $0.00 |
| Life - Spouse | No | $2.44 | $63.44 | $0.00 | $0.00 |
| Emp Group Term | No | $1.94 | $50.44 | $0.00 | $0.00 |
| Hosp Plan | No | $23.46 | $609.96 | $0.00 | $0.00 |
| ID Protection | No | $0.00 | $0.00 | $0.00 | $72.00 |
| LTD Employer | No | $0.00 | $0.00 | $0.00 | $126.96 |
| Vol Emp Life | No | $5.47 | $142.22 | $3.35 | $87.10 |
| 401K Loan #1 | No | $43.26 | $624.47 | $0.00 | $0.00 |
| LTD Imputed Inc | No | $5.29 | $137.54 | $0.00 | $0.00 |
| Vision | Yes | $10.08 | $262.08 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Denver EE Withholding | $0.00 | $69.00 |
| CO State Income Tax | $0.00 | $1,819.00 |
| Federal Income Tax | $0.00 | $2,304.38 |
| Employee Medicare | $13.91 | $738.00 |
| Social Security Employee Tax | $59.49 | $3,155.61 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| Check amount | | $705.60 |
| Total | | $705.60 |



**Travelport**

Travelport, LP
300 Galleria Parkway SE
Atlanta, GA 30339

| | |
|---|---|
| Pay Statement | |
| Period Start Date | 11/30/2019 |
| Period End Date | 12/13/2019 |
| Pay Date | 12/20/2019 |
| Document | 39239 |
| Net Pay | $5,226.81 |

## Pay Details

| | | | | | |
|---|---|---|---|---|---|
| MICHELLE O'BRIEN | Employee Number | 733798 | Pay Group | Travelport LP - Hourly | Federal Income Tax | M 10 |
| 8330 E QUINCY AVE | SSN | XXX-XX-6851 | Location | CO-Denver-Denver | CO State Income Tax (Residence) | M 10 |
| #J105 | Job | Premier Helpdesk Agent | Entity | 248 - Travelport LP | CO State Income Tax (Work) | M 10 |
| DENVER, CO 80237 | Pay Rate | $24.8525 | GL Location | US1928 - US1928 | | |
| USA | Pay Frequency | Biweekly | Cost Center | US1928 - US1928 | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 0.0000 | $0.0000 | $0.00 | $37,697.00 |
| Emp Group Term | 0.0000 | $0.0000 | $0.00 | $50.44 |
| FLSA OT Adjust | 0.0000 | $0.0000 | $0.00 | $0.33 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $1,646.48 |
| LTD Imputed Inc | 0.0000 | $0.0000 | $0.00 | $137.54 |
| Paid Time Off | 0.0000 | $0.0000 | $0.00 | $5,250.13 |
| ProsperUS | 0.0000 | $0.0000 | $0.00 | $917.56 |
| Severance Sal | | | $7,952.82 | $7,952.82 |
| Short Term Dis | 0.0000 | $0.0000 | $0.00 | $5,964.40 |

Total Hours 0.0000

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| 401K Loan #1 | No | $0.00 | $624.47 | $0.00 | $0.00 |
| 401K Pre Tax | Yes | $0.00 | $2,392.34 | $0.00 | $0.00 |
| Accident Plan | No | $0.00 | $245.96 | $0.00 | $0.00 |
| Critical Ill | No | $0.00 | $257.40 | $0.00 | $0.00 |
| Dental | Yes | $0.00 | $390.78 | $0.00 | $725.66 |
| Dep Life Child | No | $0.00 | $16.90 | $0.00 | $0.00 |
| Emp Group Term | No | $0.00 | $50.44 | $0.00 | $0.00 |
| Hosp Plan | No | $0.00 | $609.96 | $0.00 | $0.00 |
| Life - Spouse | No | $0.00 | $63.44 | $0.00 | $0.00 |
| LTD Imputed Inc | No | $0.00 | $137.54 | $0.00 | $0.00 |
| Vision | Yes | $0.00 | $262.08 | $0.00 | $0.00 |
| Vol AD&D | Yes | $0.00 | $114.14 | $0.00 | $13.00 |
| Vol Emp Life | No | $0.00 | $142.22 | $0.00 | $87.10 |
| Employer Match | No | $0.00 | $0.00 | $0.00 | $2,049.24 |
| ID Protection | No | $0.00 | $0.00 | $0.00 | $72.00 |
| LTD Employer | No | $0.00 | $0.00 | $0.00 | $126.96 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $1,749.62 | $4,054.00 |
| Employee Medicare | $115.32 | $853.32 |
| Social Security Employee Tax | $493.07 | $3,648.68 |
| CO State Income Tax | $368.00 | $2,187.00 |
| Denver EE Withholding | $0.00 | $69.00 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| PTO | 0.0000 | -15.1420 |
| PTO Carry TS | 0.0000 | 0.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx3992 | Checking | $5,226.81 |
| Total | | $5,226.81 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $7,952.82 | $7,952.82 | $2,726.01 | $0.00 | $5,226.81 |
| YTD | $59,616.70 | $56,457.36 | $10,812.00 | $5,307.67 | $43,497.03 |



**Travelport, LP**
300 Galleria Parkway SE
Atlanta, GA 30339

| Pay Statement | |
|---|---|
| Period Start Date | 11/16/2019 |
| Period End Date | 11/29/2019 |
| Pay Date | 12/06/2019 |
| Document | 36553 |
| Net Pay | $1,372.16 |

## Pay Details

| | | | |
|---|---|---|---|
| MICHELLE O'BRIEN | Employee Number 733798 | Pay Group Travelport LP - Hourly | Federal Income Tax M 10 |
| 8330 E QUINCY AVE | SSN XXX-XX-6861 | Location CO-Denver-Denver | CO State Income Tax (Residence) M 10 |
| #J105 | Job Premier Helpdesk Agent | Entity 248 - Travelport LP | CO State Income Tax (Work) M 10 |
| DENVER, CO 80237 | Pay Rate $24.8525 | GL Location US1928 - US1928 | |
| USA | Pay Frequency Biweekly | Cost Center US1928 - US1928 | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 32.0000 | $24.8525 | $795.28 | |
| Regular Pay | 21.7500 | $24.8525 | $540.54 | $36,715.33 |
| Emp Group Term | | | $1.94 | $48.50 |
| FLSA OT Adjust | 0.0000 | $0.0000 | $0.00 | $0.33 |
| Holiday | 18.2500 | $24.8525 | $453.56 | $1,646.48 |
| LTD Imputed Inc | | | $5.29 | $132.25 |
| Paid Time Off | 0.0000 | $0.0000 | $0.00 | $5,250.13 |
| ProsperUS | 0.0000 | $0.0000 | $0.00 | $917.56 |
| Short Term Dis | 0.0000 | $0.0000 | $0.00 | $5,964.40 |

Total Hours 72.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K Loan #1 | No | $43.26 | $581.21 | $0.00 | $0.00 |
| 401K Pre Tax | Yes | $143.15 | $2,313.81 | $0.00 | $0.00 |
| Accident Plan | No | $9.46 | $236.50 | $0.00 | $0.00 |
| Critical Ill | No | $9.90 | $247.50 | $0.00 | $0.00 |
| Dental | Yes | $15.03 | $375.75 | $27.91 | $697.75 |
| Dep Life Child | No | $0.65 | $16.25 | $0.00 | $0.00 |
| Emp Group Term | No | $1.94 | $48.50 | $0.00 | $0.00 |
| Hosp Plan | No | $23.46 | $586.50 | $0.00 | $0.00 |
| Life - Spouse | No | $2.44 | $61.00 | $0.00 | $0.00 |
| LTD Imputed Inc | No | $5.29 | $132.25 | $0.00 | $0.00 |
| Vision | Yes | $10.08 | $252.00 | $0.00 | $0.00 |
| Vol AD&D | Yes | $4.39 | $109.75 | $0.50 | $12.50 |
| Vol Emp Life | No | $5.47 | $136.75 | $3.35 | $83.75 |
| Employer Match | No | $0.00 | $0.00 | $107.36 | $2,049.24 |
| ID Protection | No | $0.00 | $0.00 | $2.88 | $72.00 |
| LTD Employer | No | $0.00 | $0.00 | $5.29 | $126.96 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $0.00 | $2,304.38 |
| Employee Medicare | $25.62 | $724.09 |
| Social Security Employee Tax | $109.56 | $3,096.12 |
| CO State Income Tax | $9.00 | $1,819.00 |
| Denver EE Withholding | $5.75 | $69.00 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| PTO | 7.6920 | -15.1420 |
| PTO Carry TS | 0.0000 | 0.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxx3992 | Checking | $1,372.16 |
| Total | | $1,372.16 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,796.61 | $1,623.96 | $149.93 | $274.52 | $1,372.16 |
| YTD | $50,674.98 | $47,623.67 | $8,012.59 | $5,097.77 | $37,564.62 |



**Travelport, LP**
300 Galleria Parkway SE
Atlanta, GA 30339

| Pay Statement | |
|---|---|
| Period Start Date | 11/02/2019 |
| Period End Date | 11/15/2019 |
| Pay Date | 11/22/2019 |
| Document | 35332 |
| Net Pay | $1,337.13 |

## Pay Details

| | | | | |
|---|---|---|---|---|
| MICHELLE O'BRIEN | Employee Number 733798 | Pay Group Travelport LP - Hourly | Federal Income Tax | M 1 |
| 8330 E QUINCY AVE | SSN XXX-XX-6851 | Location CO-Denver-Denver | CO State Income Tax (Residence) | M 1 |
| #J105 | Job Premier Helpdesk Agent | Entity 248 - Travelport LP | CO State Income Tax (Work) | M 1 |
| DENVER, CO 80237 | Pay Rate $24.8525 | GL Location US1928 - US1928 | | |
| USA | Pay Frequency Biweekly | Cost Center US1928 - US1928 | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 30.0000 | $24.8525 | $745.58 | |
| Regular Pay | 40.0000 | $24.8525 | $994.10 | $35,379.51 |
| Emp Group Term | | | $1.94 | $46.56 |
| FLSA OT Adjust | 0.0000 | $0.0000 | $0.00 | $0.33 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $1,192.92 |
| LTD Imputed Inc | | | $5.29 | $126.96 |
| Paid Time Off | 8.0000 | $24.8525 | $198.82 | $5,250.13 |
| ProsperUS | 0.0000 | $0.0000 | $0.00 | $917.56 |
| Short Term Dis | 0.0000 | $0.0000 | $0.00 | $5,964.40 |

Total Hours 78.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K Loan #1 | No | $43.26 | $537.95 | $0.00 | $0.00 |
| 401K Pre Tax | Yes | $155.08 | $2,170.66 | $0.00 | $0.00 |
| Accident Plan | No | $9.46 | $227.04 | $0.00 | $0.00 |
| Critical Ill | No | $9.90 | $237.60 | $0.00 | $0.00 |
| Dental | Yes | $15.03 | $360.72 | $27.91 | $669.84 |
| Dep Life Child | No | $0.65 | $15.60 | $0.00 | $0.00 |
| Emp Group Term | No | $1.94 | $46.56 | $0.00 | $0.00 |
| Hosp Plan | No | $23.46 | $563.04 | $0.00 | $0.00 |
| Life - Spouse | No | $2.44 | $58.56 | $0.00 | $0.00 |
| LTD Imputed Inc | No | $5.29 | $126.96 | $0.00 | $0.00 |
| Vision | Yes | $10.08 | $241.92 | $0.00 | $0.00 |
| Vol AD&D | Yes | $4.39 | $105.36 | $0.50 | $12.00 |
| Vol Emp Life | No | $5.47 | $131.28 | $3.35 | $80.40 |
| Employer Match | No | $0.00 | $0.00 | $116.31 | $1,941.88 |
| ID Protection | No | $0.00 | $0.00 | $2.88 | $69.12 |
| LTD Employer | No | $0.00 | $0.00 | $5.29 | $121.67 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $122.57 | $2,304.38 |
| Employee Medicare | $27.78 | $698.47 |
| Social Security Employee Tax | $118.80 | $2,986.56 |
| CO State Income Tax | $53.00 | $1,810.00 |
| Denver EE Withholding | $0.00 | $63.25 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| PTO | 7.6920 | -22.8340 |
| PTO Carry TS | 0.0000 | 0.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxx3992 | Checking | $1,337.13 |
| Total | | $1,337.13 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,945.73 | $1,761.15 | $322.15 | $286.45 | $1,337.13 |
| YTD | $48,878.37 | $45,999.71 | $7,862.66 | $4,823.25 | $36,192.46 |


**Travelport**

Travelport, LP
300 Galleria Parkway SE
Atlanta, GA 30339

| | |
|---|---|
| Pay Statement | |
| Period Start Date | 10/19/2019 |
| Period End Date | 11/01/2019 |
| Pay Date | 11/08/2019 |
| Document | 35298 |
| Net Pay | $1,353.13 |

## Pay Details

| | | | | | |
|---|---|---|---|---|---|
| MICHELLE O'BRIEN | Employee Number 733798 | Pay Group | Travelport LP - Hourly | Federal Income Tax | M 1 |
| 8330 E QUINCY AVE | SSN XXX-XX-6861 | Location | CO-Denver-Denver | CO State Income Tax (Residence) | M 1 |
| #J105 | Job Premier Helpdesk Agent | Entity | 248 - Travelport LP | CO State Income Tax (Work) | M 1 |
| DENVER, CO 80237 | Pay Rate $24.8525 | GL Location | US1928 - US1928 | | |
| USA | Pay Frequency Biweekly | Cost Center | US1928 - US1928 | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 31.2500 | $24.8525 | $776.64 | |
| Regular Pay | 40.0000 | $24.8525 | $994.10 | $33,639.83 |
| Emp Group Term | | | $1.94 | $44.62 |
| FLSA OT Adjust | 0.0000 | $0.0000 | $0.00 | $0.33 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $1,192.92 |
| LTD Imputed Inc | | | $5.29 | $121.67 |
| Paid Time Off | 8.0000 | $24.8525 | $198.82 | $5,051.31 |
| ProsperUS | 0.0000 | $0.0000 | $0.00 | $917.56 |
| Short Term Dis | 0.0000 | $0.0000 | $0.00 | $5,964.40 |

Total Hours 79.2500

## Deductions

| Deduction | Pro-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K Loan #1 | No | $43.26 | $494.69 | $0.00 | $0.00 |
| 401K Pre Tax | Yes | $157.56 | $2,015.58 | $0.00 | $0.00 |
| Accident Plan | No | $9.46 | $217.58 | $0.00 | $0.00 |
| Critical Ill | No | $9.90 | $227.70 | $0.00 | $0.00 |
| Dental | Yes | $15.03 | $345.69 | $27.91 | $641.93 |
| Dep Life Child | No | $0.65 | $14.95 | $0.00 | $0.00 |
| Emp Group Term | No | $1.94 | $44.62 | $0.00 | $0.00 |
| Hosp Plan | No | $23.46 | $539.58 | $0.00 | $0.00 |
| Life - Spouse | No | $2.44 | $56.12 | $0.00 | $0.00 |
| LTD Imputed Inc | No | $5.29 | $121.67 | $0.00 | $0.00 |
| Vision | Yes | $10.08 | $231.84 | $0.00 | $0.00 |
| Vol AD&D | Yes | $4.39 | $100.97 | $0.50 | $11.50 |
| Vol Emp Life | No | $5.47 | $125.81 | $3.35 | $77.05 |
| Employer Match | No | $0.00 | $0.00 | $118.17 | $1,825.57 |
| ID Protection | No | $0.00 | $0.00 | $2.88 | $66.24 |
| LTD Employer | No | $0.00 | $0.00 | $5.29 | $116.38 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $126.00 | $2,181.81 |
| Employee Medicare | $28.24 | $670.69 |
| Social Security Employee Tax | $120.74 | $2,867.76 |
| CO State Income Tax | $54.00 | $1,757.00 |
| Denver EE Withholding | $5.75 | $63.25 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| PTO | 7.6920 | -22.5260 |
| PTO Carry TS | 0.0000 | 0.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx3992 | Checking | $1,353.13 |
| Total | | $1,353.13 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,976.79 | $1,789.73 | $334.73 | $288.93 | $1,353.13 |
| YTD | $46,932.64 | $44,238.56 | $7,540.51 | $4,536.80 | $34,855.33 |

XI8    903416    CB0080    0000520059    1
13008508
407-0001

# Earnings Statement

MOTOROLA SOLUTIONS, INC.
500 WEST MONROE STREET
44TH FLOOR
CHICAGO, IL 60661

Period Beginning:    12/08/2019
Period Ending:       12/21/2019
Pay Date:            12/27/2019

Taxable Marital Status:    Married
Exemptions/Allowances:
  Federal:    0
  CO:         0

**MARK S O'BRIEN**
**8330 E QUINCY AVE**
**J105**
**DENVER CO 80237**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg Regular | 30.7700 | 80.00 | 2,461.60 | 42,114.90 |
| Ot Overtime | | | | 1,430.82 |
| Aw3 Moment | | | | 250.00 |
| Bn2 Annual Inc | | | | 2,153.88 |
| Hol Holiday | | | | 2,215.44 |
| Pt1 P T O | | | | 3,589.94 |
| Std Shrttrm D | | | | 6,642.11 |
| **Gross Pay** | | | **$2,461.60** | 58,397.09 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -207.06 | 4,295.46 |
| | Social Security Tax | -143.08 | 2,979.04 |
| | Medicare Tax | -33.46 | 696.71 |
| | CO State Income Tax | -85.65 | 1,692.82 |
| | **Other** | | |
| | Critical Illnss | -33.38 | 544.36 |
| | Dn1 Dental * | -3.56* | 85.44 |
| | Dpa Dep Lif Ins | -2.63 | 63.12 |
| | Group Accident | -21.04 | 328.32 |
| | Hospital Indmnt | -18.91 | 311.28 |
| | Kla 401K Loan 1 | -18.46 | 415.66 |
| | Klb 401K Loan 2 | -43.82 | 979.54 |
| | Medical | -149.21* | 3,581.04 |
| | Sla Sup Lif Ins | -9.03 | 216.72 |
| | Std Buy Up * | -3.19* | 76.56 |
| | Suppl Ad&D Empl | -1.94 | 46.56 |
| | Vs1 Vision * | -1.94* | 46.56 |
| | 365 | -2.54 | 53.34 |

| Other | this period | year to date |
|---|---|---|
| Vdi Disab Offst | | 6,642.11 |
| 401 401K Prtx | | 2,178.81 |
| **Net Pay** | **$1,682.70** | |
| Ckb Checking #2 | -1,682.70 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

  Federal taxable wages this period are    $2,303.70

| Other Information | this period | total to date |
|---|---|---|
| Gtl G.T.L. | 3.98 | 83.58 |
| Pto Accrl Bal | 6.67 | |
| 401K Match | | 1,743.03 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 1-312-228-5125

© 2000 ADP, LLC



MOTOROLA SOLUTIONS, INC.
500 WEST MONROE STREET
44TH FLOOR
CHICAGO, IL 60661

Advice number:    00000520059
Pay date:          12/27/2019

Deposited to the account of
**MARK S O'BRIEN**

| account number | transit ABA | amount |
|---|---|---|
| | | $1,682.70 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|-----|------|-------|-------|-----------|--|
| XI8 | 903416 | CB0080 | 0000500058 | 2 | |
| | | | 13008508 | | |
| | | | 401-0001 | | |

# Earnings Statement

MOTOROLA SOLUTIONS, INC.
500 WEST MONROE STREET
44TH FLOOR
CHICAGO, IL 60661

Period Beginning:   11/24/2019
Period Ending:   12/07/2019
Pay Date:   12/13/2019

Taxable Marital Status:  Married
Exemptions/Allowances:
Federal:   0
CO:   0

**MARK S O'BRIEN
8330 E QUINCY AVE
J105
DENVER CO 80237**

### Earnings

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Reg Regular | 30.7700 | 64.00 | 1,969.28 | 39,653.30 |
| Hol Holiday | 30.7700 | 16.00 | 492.32 | 2,215.44 |
| Ot Overtime | | | | 1,430.82 |
| Aw3 Moment | | | | 250.00 |
| Bn2 Annual Inc | | | | 2,153.88 |
| Pt1 P T O | | | | 3,589.94 |
| Std Shrttrm D | | | | 6,642.11 |
| **Gross Pay** | | | **$2,461.60** | 55,935.49 |

### Deductions

| Deductions | Statutory | this period | year to date |
|------------|-----------|-------------|--------------|
| | Federal Income Tax | -191.65 | 4,088.40 |
| | Social Security Tax | -135.11 | 2,835.96 |
| | Medicare Tax | -31.60 | 663.25 |
| | CO State Income Tax | -79.70 | 1,607.17 |
| | **Other** | | |
| | Critical Illnss | -33.38 | 510.98 |
| | Dn1 Dental * | -3.56* | 81.88 |
| | Dpa Dep Lif Ins | -2.63 | 60.49 |
| | Group Accident | -23.68 | 307.28 |
| | Hospital Indmnt | -22.97 | 292.37 |
| | Kla 401K Loan 1 | -18.46 | 397.20 |
| | Klb 401K Loan 2 | -43.82 | 935.72 |
| | Medical | -277.63* | 3,431.83 |
| | Sla Sup Lif Ins | -17.09 | 207.69 |
| | Std Buy Up | -3.19* | 73.37 |
| | Suppl Ad&D Empl | -1.94 | 44.62 |
| | Vs1 Vision * | -1.94* | 44.62 |
| | 365 | -2.54 | 50.80 |

| Other | this period | year to date |
|-------|-------------|--------------|
| Vdi Disab Offst | | 6,642.11 |
| 401 401K Prtx | | 2,178.81 |
| **Net Pay** | **$1,570.71** | |
| Ckb Checking #2 | -1,570.71 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Federal taxable wages this period are   $2,175.28

| Other Information | this period | total to date |
|-------------------|-------------|---------------|
| Gtl G.T.L. | 3.98 | 79.60 |
| Pto Accrl Bal | 6.67 | |
| 401K Match | | 1,743.03 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 1-312-228-5125

© 2000 ADP, LLC

---

MOTOROLA SOLUTIONS, INC.
500 WEST MONROE STREET
44TH FLOOR
CHICAGO, IL 60661

Advice number:   00000500058
Pay date:   12/13/2019

| Deposited to the account of | account number | transit ABA | amount |
|------------------------------|----------------|-------------|--------|
| MARK S O'BRIEN | | | $1,570.71 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|-----|------|-------|-------|-----------|---|
| XI8 | 903416 | CB0080 | 0000480080 | 1 |
| | | | 13008508 | |
| | | 447-0001 | | |

MOTOROLA SOLUTIONS, INC.
500 WEST MONROE STREET
44TH FLOOR
CHICAGO, IL 60661

| Period Beginning: | 11/10/2019 |
|---|---|
| Period Ending: | 11/23/2019 |
| Pay Date: | 11/27/2019 |

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 0
CO: 0

**MARK S O'BRIEN**
**8330 E QUINCY AVE**
**J105**
**DENVER CO 80237**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg Regular | 30.7700 | 72.00 | 2,215.44 | 37,684.02 |
| Ot Overtime | 46.1550 | 2.00 | 92.31 | 1,430.82 |
| Pt1 P T O | 30.7700 | 8.00 | 246.16 | 3,589.94 |
| Aw3 Moment | | | | 250.00 |
| Bn2 Annual Inc | | | | 2,153.88 |
| Hol Holiday | | | | 1,723.12 |
| Std Shrttrm D | | | | 5,337.76 |
| **Gross Pay** | | | **$2,553.91** | 52,169.54 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -214.60 | 3,896.75 |
| | Social Security Tax | -146.73 | 2,700.85 |
| | Medicare Tax | -34.32 | 631.65 |
| | CO State Income Tax | -88.56 | 1,527.47 |
| | **Other** | | |
| | Critical Illnss | -10.00 | 477.60 |
| | Dn1 Dental * | -7.12* | 78.32 |
| | Dpa Dep Lif Ins | -5.26 | 57.86 |
| | Group Accident | -10.00 | 283.60 |
| | Hospital Indmnt | -10.00 | 269.40 |
| | Kla 401K Loan 1 | -18.46 | 378.74 |
| | Klb 401K Loan 2 | -43.82 | 891.90 |
| | Medical | -170.00* | 3,154.20 |
| | Sla Sup Lif Ins | -10.00 | 190.60 |
| | Std Buy Up | -6.38* | 70.18 |
| | Suppl Ad&D Empl | -3.88 | 42.68 |
| | Vs1 Vision * | -3.88* | 42.68 |
| | Vdi Disab Offst | | 5,337.76 |

| Other | | this period | year to date |
|---|---|---|---|
| 365 | | | 48.26 |
| 401 401K Prtx | | | 2,178.81 |
| **Net Pay** | | **$1,770.90** | |
| Ckb Checking #2 | | -1,770.90 | |
| **Net Check** | | **$0.00** | |

\* Excluded from federal taxable wages

Federal taxable wages this period are    $2,366.53

| Other Information | this period | total to date |
|---|---|---|
| Pto Accrl Bal | -8.00 | |
| Gtl G.T.L. | 0.00 | 75.62 |
| 401K Match | 0.00 | 1,743.03 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 1-312-228-5125

© 2000 ADP  LLC

MOTOROLA SOLUTIONS, INC.
500 WEST MONROE STREET
44TH FLOOR
CHICAGO, IL  60661

| Advice number: | 00000480060 |
|---|---|
| Pay date: | 11/27/2019 |

Deposited to the account of

| | account number  transit  ABA | amount |
|---|---|---|
| MARK S O'BRIEN | | $1,770.90 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Mark Sean O'Brien** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Michelle Nichole O'Brien** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO, DENVER DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an
   amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:      Summarize Your Assets**

|  |  | **Your assets**<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from Schedule A/B.......................................................... | $ 0.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B........................................... | $ 29,958.86 |
| | 1c. Copy line 63, Total of all property on Schedule A/B........................................................ | $ 29,958.86 |

**Part 2:      Summarize Your Liabilities**

|  |  | **Your liabilities**<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 26,400.00 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F.*............................... | $ 3,260.38 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $ 116,751.60 |
| | **Your total liabilities** | $ 146,411.98 |

**Part 3:      Summarize Your Income and Expenses**

|  |  |  |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I.*................................................................ | $ 3,440.00 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J.*.......................................................... | $ 6,771.00 |

**Part 4:      Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Debtor 1   **O'Brien, Mark Sean & O'Brien, Michelle**
Debtor 2   **Nichole**

Case number *(if known)* _____

8.  **From the** *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____ **10,882.03**

9.  **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ **0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ **3,260.38** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ **0.00** |
| 9d. Student loans. (Copy line 6f.) | $ _____ **41,600.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ **0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ **0.00** |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ **44,860.38** |

Software Copyright (c) 2019 CINGroup - www.cincompass.com

Certificate Number: 15557-CO-CC-033488455



15557-CO-CC-033488455

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>September 30, 2019</u>, at <u>10:38</u> o'clock <u>PM MDT</u>, <u>Mark S. OBrien</u> received from <u>Urgent Credit Counseling, Inc.</u>, an agency approved pursuant to 11 U.S.C.  111 to provide credit counseling in the <u>District of Colorado</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C.  109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>September 30, 2019</u>          By:      <u>/s/Ashlie Ward</u>

                                     Name:   <u>Ashlie Ward</u>

                                     Title:    <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C.  109(h) and 521(b).

Certificate Number: 15557-CO-CC-033488470



15557-CO-CC-033488470

# CERTIFICATE OF COUNSELING

I CERTIFY that on September 30, 2019, at 10:44 o'clock PM MDT, Michelle N. OBrien received from Urgent Credit Counseling, Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the District of Colorado, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: September 30, 2019          By:      /s/Ashlie Ward

                                 Name:   Ashlie Ward

                                 Title:   Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).